# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 14, 2007

**Before**

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 06-1643

UNITED STATES OF AMERICA,
  *Plaintiff-Appellant,*

v.

ROBERT J. WACHOWIAK, JR.,
  *Defendant-Appellee.*

Appeal from the United States
District Court for the
Eastern District of Wisconsin.

No. 05 CR 22

Lynn Adelman,
Judge.

## ORDER

The opinion in this case is amended to add the following citation on p. 9, at the end of the middle paragraph (the only full paragraph on that page), after the sentence that concludes "no thumb on the scale in favor of a guidelines sentence":

United States v. Sachsenmaier, No. 05-3505, 2007 WL 1839282, at *4 (7th Cir. June 28, 2007).